■ MARGARET PASSUCCI, as Administratrix of the Estate of LUCILLE FIERLE, Deceased, Respondent-Appellant, v ABSOLUT CENTER FOR NURSING AND REHABILITATION AT ALLEGANY, LLC,

et al., Appellants-Respondents. [6 NYS3d 527]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni and Whalen, JJ.